# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0031.  BILAL JACKSON v. THE STATE.**

On May 18, 2017, the juvenile court entered an order denying Bilal Jackson's extraordinary motion for new trial. On June 21, 2017, Jackson filed an application for discretionary appeal in the Georgia Supreme Court, which transferred the application here. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, Jackson filed his application 34 days after the entry of the juvenile court's order. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, we lack jurisdiction, and the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/16/2017*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*